## BALDWIN *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 48, September Term, 1964.]

*Decided February 5, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For the reasons assigned by Judge Parker in his opinion below, the application will be denied.

*Application denied.*